IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 18-70045-tmd |
| JAMES DEAN DANIELS | § | |
| | § | CHAPTER 7 CASE |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTIFICATION

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Bankruptcy Rules 2002 and 9010, WAGNER EQUIPMENT CO., a creditor and party in interest, enters its appearance in this case by and through the undersigned attorney, and requests that it receive notices in this case be given to and served on the following:

> Zachary J. Fanucchi
> Barton, East & Caldwell, P.L.L.C.
> 700 N. St. Mary's Street, Suite 1825
> San Antonio, Texas 78205
> **zfanucchi@beclaw.com**

The foregoing requests notice of all meetings, hearings, motions, applications, pleadings, complaints, memoranda, briefs or trials which are brought before the Court in the case, including, but not limited to, CONTESTED and NON-CONTESTED matters and ADVERSARY PROCEEDINGS.

> Respectfully submitted,
> **BARTON, EAST, & CALDWELL, P.L.L.C.**
> One Riverwalk Place
> 700 North St. Mary's Street, Suite 1825
> San Antonio, Texas 78205
> Telephone:   (210) 225-1655
> Facsimile:    (210) 225-8999
>
>
> By:   *G. Wade Caldwell*
>         G. WADE CALDWELL
>         Texas State Bar No. 03621020
>         gcaldwell@beclaw.com
>         ZACHARY J. FANUCCHI
>         Texas State Bar No. 24028548
>         zfanucchi@beclaw.com
> **ATTORNEYS FOR WAGNER EQUIPMENT CO.**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on **1st** day of **May**, **2018**, a true and correct copy of the foregoing has been served via electronic means for all Pacer system participants (ECF) the ECF system of the Bankruptcy Court.


              *Zachary J. Fanucchi*
              Zachary J. Fanucchi