**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 11, 2018.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 18-70045-tmd |
| **James Dean Daniels,** § | |
| § | Chapter 7 |
| Debtor. § | |
| § | |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

BE IT REMEMBERED that there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by David Miller ("***Applicant***") and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY,

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Richard Counts and The Flint Family, LLC in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###