**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 27, 2018.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | |
|---|---|
| In re: § | |
| § | **Case No. 18-70045-tmd** |
| **James Dean Daniels,** § | |
| § | **Chapter 7** |
| Debtor. § | |
| § | |

**ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTOR OR TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS**

THIS MATTER comes before the Court upon the *Second Unopposed Motion to Extend Deadline to File Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability Of Certain Debts* [Doc. 43] ("**Unopposed Motion**") filed by Richard A. Counts and The Flint Family, LLC. The Court has reviewed the Unopposed Motion, as well as the file in this Case, and finds that good cause exists to grant the requested relief, as the Unopposed Motion and its terms have been agreed upon. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Unopposed Motion is HEREBY GRANTED; and

2. Richard A. Counts and The Flint Family, LLC shall have through and including October 10, 2018 within which to commence an adversary proceeding against the Debtor objecting to discharge or dischargeability of debts, pursuant to 11 U.S.C. §§ 523 or 727, or both.

# # #

Prepared by:

*/s/ Jacob Sparks*
Jacob Sparks
Texas Bar No. 24066126
**SPENCER FANE LLP**
5800 Granite Parkway, Suite 800
Plano, TX 75024
Tel: (214) 750-3624
Fax: (214) 750-3612
Email: jsparks@spencerfane.com

**ATTORNEYS FOR RICHARD COUNTS AND THE FLINT FAMILY, LLC**